<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: September 26, 2002      NO. 02-2707

CASE CAPTION:  BETHANY V. CITY OF PHILADELPHIA, ET AL.

1. TRIAL COUNSEL              FOR PLAINTIFF:  B. CLEERE

                              FOR DEFENDANT:  ICHERT

2. STATUS OF CASE:   PLAINTIFF SEEKS INJUNCTIVE RELIEF TO PERMIT DEVELOPMENT OF PROPERTY.  DISMISSED WITHOUT PREJUDICE.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

    PLAINTIFF    :
    DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                              CHARLES R. WEINER