IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY BUILDING, INC., | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION |
| CITY OF PHILADELPHIA, et al., | : | NO.   02-2707 |
| Defendants. | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter the appearance of the undersigned as co-counsel of record for the defendants, the City of Philadelphia, President of City Council of the City of Philadelphia, Executive Director of the Fairmount Park Commission, and Councilman Brian J. O'Neill, in the above-captioned action.

MICHAEL F. EICHERT
*Chief Deputy City Solicitor*
PA Attorney I.D. No. 25102

City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA  19102
(215) 683-5023

Dated: December 3, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that have today served a true and correct copy of the Defendants' Answer and Affirmative Defenses upon counsel of record, by first class mail, addressed as follows:

Brian P. Cleere, Esquire
Cleere & Cleere, P.C.
Suite 214, 50 E. Wynnewood Rd.
Wynnewood, PA  19096

Michael F. Eichert

Date:   December 3, 2002